Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, 25-3564

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

---

CRYSTALLEX INTERNATIONAL CORPORATION,

*Plaintiff-Appellee*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants*.

---

Appeals From The United States District Court
For The District of Delaware
No. 1:17-mc-151-LPS, Judge Leonard P. Stark (sitting by designation)

---

# CRYSTALLEX'S UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMITATIONS

---

Robert L. Weigel
Rahim Moloo
Jason W. Myatt
Zachary Kady
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Raymond J. DiCamillo
Jeffrey L. Moyer
Travis S. Hunter
RICHARDS, LAYTON & FINGER, P.A.
1 Rodney Square 920 N. King St.
Wilmington, DE 19801
(302) 651-7700

Miguel A. Estrada
   *Counsel of Record*
Lucas C. Townsend
Brian C. McCarty
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500

Patrick J. Fuster
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

*Counsel for Plaintiff-Appellee Crystallex International Corp.*

**RELIEF REQUESTED**

Pursuant to this Court's Order dated December 19, 2025, ECF No. 136, and this Court's January 19, 2012 Standing Order Regarding Motions To Exceed The Page Limitations ("Standing Order"), Plaintiff-Appellee Crystallex International Corporation ("Crystallex") respectfully moves for leave to file a brief not to exceed 17,000 words in response to the three appellant briefs filed in these multi-appellant consolidated appeals. Crystallex's requested enlargement of the word limitation mirrors the 17,000-word limit sought by and granted to the Venezuela Parties for their opening brief. Crystallex has conferred with counsel for the other parties. The Venezuela Parties have indicated that they do not oppose this request, and appellants Gold Reserve Ltd. and XYQ US, LLC have indicated that they take no position and will not file a response. Thus, this motion is unopposed.

**BACKGROUND**

1. The first round of appeals in this case was docketed on December 2, 2025.

2. On December 2, 2025, the Clerk consolidated multiple related appeals by Appellants—including the Bolivarian Republic of Venezuela,

1

Petróleos de Venezuela, S.A., PDV Holding, Inc., and CITGO Petroleum Corporation (collectively, the "Venezuela Parties"); Gold Reserve Ltd. ("Gold Reserve"); and XYQ US, LLC ("XYQ")—for briefing and decision, and ordered any appellee participating in multiple appeals to "file a single, consolidated brief addressing all appeals." ECF Nos. 4, 6.

3. On December 19, 2025, this Court granted the Venezuela Parties' motion to file an opening brief of up to 17,000 words and a reply brief of up to 9,000 words. *See* ECF No. 136. The Court also ordered that any appellee seeking an extension of the word limit for its brief must file a motion requesting that relief "within one week after the opening briefs are filed." *Id.*

4. Appellants filed three opening briefs on January 8, 2026. *See* ECF Nos. 160, 161, 162. Their briefs total 34,080 words, and the Venezuela Parties' Opening Brief (ECF No. 160) alone totals 16,988 words.

5. Crystallex respectfully requests leave to file a single brief not to exceed 17,000 words in response to the three appellant briefs filed by the Venezuela Parties, Gold Reserve, and XYQ in these consolidated appeals.

## BASIS FOR RELIEF REQUESTED

6. This Court's Standing Order authorizes motions to exceed the page or word limitations for briefs "upon demonstration of extraordinary circumstances," including "multi-appellant consolidated appeals in which the appellee seeks to file a single responsive brief" or when "the subject matter clearly requires expansion of the page or word limitations." Standing Order.

7. Extraordinary circumstances justify a 4,000-word extension of Rule 32's 13,000-word limitation for Crystallex's brief. This case involves "multi-appellant consolidated appeals," and Crystallex will "file a single responsive brief." Standing Order. Appellants filed three opening briefs totaling more than 34,000 words, and Crystallex intends to address all issues that affect it in a single consolidated response.

8. The "subject matter" of the suit also warrants an extension. Standing Order. Crystallex is the plaintiff in this case and lead appellee in these complex appeals. Crystallex has litigated this action for nearly a decade. The appealed final sale order is the culmination of a years-long process that has generated extensive proceedings and hearings below, involving numerous judgment creditors and intervenors with potentially

divergent interests and equities. The record on appeal is correspondingly extensive: The Joint Appendix spans 48 volumes and over 16,000 pages, and Crystallex will need sufficient room in its appellee brief to address the issues and record.

9. Crystallex's requested relief is narrowly tailored and reciprocal to the extension granted to the Venezuela Parties, who were permitted to file an opening brief of up to 17,000 words. ECF No. 136. Crystallex respectfully seeks the same word limit for its response. The extension will ensure that Crystallex can respond adequately to the Appellants' briefs in a manner helpful to the Court.

10. Crystallex has conferred with counsel for Appellants, all of whom have indicated that they do not oppose this motion or take no position and will not respond.

## CONCLUSION

Crystallex respectfully requests that the Court grant Crystallex's motion for leave to exceed the word limitation.

| | |
|---|---|
| January 15, 2026 | Respectfully submitted,<br><br>/s/ *Miguel A. Estrada* |
| Robert L. Weigel<br>Rahim Moloo<br>Jason W. Myatt<br>Zachary Kady<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4000 | Miguel A. Estrada<br>  *Counsel of Record*<br>Lucas C. Townsend<br>Brian C. McCarty<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, DC 20036<br>(202) 955-8500 |
| Raymond J. DiCamillo<br>Jeffrey L. Moyer<br>Travis S. Hunter<br>RICHARDS, LAYTON & FINGER, P.A.<br>1 Rodney Square 920 N. King St.<br>Wilmington, DE 19801<br>(302) 651-7700 | Patrick J. Fuster<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-7000 |

*Counsel for Plaintiff-Appellee Crystallex International Corporation*

# CERTIFICATE OF COMPLIANCE

1.   This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 677 words, excluding the parts of the brief exempted by Rule 32(f).

2.   This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point New Century Schoolbook font.

3.   The electronic copy of this document has been scanned with version 7.29.20108.0 of CrowdStrike Falcon Sensor and is free of viruses.

| | |
|---|---|
| January 15, 2026 | */s/ Miguel A. Estrada* <br> Miguel A. Estrada <br> GIBSON, DUNN & CRUTCHER LLP <br> 1700 M Street, N.W. <br> Washington, D.C.  20036 <br> (202) 955-8500 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2026, the foregoing document was served on all parties or their counsel of record via the Court's CM/ECF system.

| | |
|---|---|
| January 15, 2026 | */s/ Miguel A. Estrada* <br> Miguel A. Estrada <br> GIBSON, DUNN & CRUTCHER LLP <br> 1700 M Street, N.W. <br> Washington, D.C.  20036 <br> (202) 955-8500 |