UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453. 25-3454, 25-3455, 25-3456, 25-3457, 25-3458, 25-3459, 25-3460, 25-3461, 25-3462, 25-3463, 25-3464, 25-3465, 25-3466, 25-3467, 25-3468, 25-3469, 25-3470, 25-3471, 25-3472, 25-3473, 25-3474, 25-3475, 25-3476, 25-3477, 25-3478, 25-3479, 25-3480, 25-3481, 25-3482, 25-3483, 25-3484, 25-3485, 25-3486, 25-3487, 25-3488, 25-3489, 25-3490, 25-3491, 25-3492, 25-3493, 25-3494, 25-3563 & 25-3564**

Crystallex International Corp. v. Bolivarian Republic of Venezuela

**ORDER**

At the direction of the Court, Counsel for The Republic of Venezuela shall notify the court, with specificity what, if any, of previous counsel's briefing they adopt no later than July 27th. Any supplemental briefing shall be docketed no later than July 27th. Supplemental briefing shall be limited to 25 pages double spaced text 12 point font.

Replies to the supplemental briefing, if any, shall be filed by August 10th, and are limited to 15 pages double spaced text 12 point font.

Rebuttal briefing, if any, shall be filed by August 17th, and are limited to 10 pages double spaced 12 point font.

No extensions of the above briefing schedule or page limitations will be granted.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 9, 2026
Gch/cc: All Counsel of Record